# Exhibit 1

# United States of America
### United States Patent and Trademark Office

# FORTNITE

**Reg. No. 5,687,400**  
**Registered Feb. 26, 2019**  
**Int. Cl.: 25**  
**Trademark**  
**Principal Register**

Epic Games, Inc. (MARYLAND CORPORATION)  
620 Crossroads Boulevard  
Cary, NORTH CAROLINA 27518

CLASS 25: Hats; Headwear; Hooded pullovers; Hooded sweat shirts; T-shirts

FIRST USE 9-15-2018; IN COMMERCE 9-15-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-781,528, FILED 02-02-2018



Director of the United States  
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# FORTNITE

**Reg. No. 5,705,339**  
**Registered Mar. 19, 2019**  
**Int. Cl.: 28**  
**Trademark**  
**Principal Register**

Epic Games, Inc. (MARYLAND CORPORATION)  
620 Crossroads Boulevard  
Cary, NORTH CAROLINA 27518

CLASS 28: Toy action figures

FIRST USE 11-1-2018; IN COMMERCE 11-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-979,695, FILED 02-02-2018



Director of the United States  
Patent and Trademark Office