**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| EPIC GAMES, INC., | Case No.: 1:19-cv-07066 |
|---|---|
| Plaintiff, | Judge Joan H. Lefkow |
| v. | Magistrate Judge Susan E. Cox |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 112 | world-toysstore |
| 44 | hanvely |
| 19 | ccw121w |
| 72 | manles-best |
| 406 | Ginkago-us |
| 407 | ginko |
| 41 | h00_79 |
| 168 | kevingao |
| 179 | monkey brother |
| 151 | Gooday Technology Co., Ltd |
| 204 | Sosocool Maker International |
| 235 | Xuruiyang2016 |
| 235 | Xuruiyang2016 |
| 150 | Giveme5 |
| 218 | wangxiaoxiadexiaoxingyun |
| 239 | YLYAYC |
| 213 | TOUCHMEL TOY |
| 450 | wazonton store |
| 144 | farewell 88 |
| 173 | Lianda |

| | |
|---|---|
| 431 | Optovichokshop |
| 205 | soul of anime |
| 217 | 旺里阿姨仔 |

DATED:  December 13, 2019       Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 13, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt