**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No.: 1:19-cv-07066 |
| Plaintiff, | Judge Joan H. Lefkow |
| v. | Magistrate Judge Susan E. Cox |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 245 | zhangpeng2018 |
| 141 | Dennie |
| 139 | connie's kitchenette |
| 202 | smartstability |
| 183 | NomNom168 |
| 212 | TOMTAN |
| 182 | New168 |
| 155 | happyforyou |
| 398 | blasercafe |
| 409 | gonear |
| 402 | Djz dealz |

DATED: December 6, 2019                    Respectfully submitted,

>*/s/ Keith A. Vogt*
>Keith A. Vogt (Bar No. 6207971) Keith Vogt, Ltd.
>111 West Jackson Boulevard, Suite 1700
>Chicago, Illinois 60604
>Telephone: 312-675-6079
>E-mail: keith@vogtip.com
>
>***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 6, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt