# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

EPIC GAMES, INC.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-07066

Judge Joan H. Lefkow

Magistrate Judge Susan E. Cox

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 8, 2019 [51] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 446 | us_MALL |
| 262 | BabyToys Store |
| 330 | Shop1666139 Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: January __6th____, 2020                    Respectfully submitted,

                                                              Yanling Jiang (Bar No. 6309336)
                                                              JiangIP LLC
                                                              111 West Jackson Boulevard, Suite 1700
                                                              Chicago, Illinois 60604
                                                              Telephone: 312-675-6297
                                                              E-mail: yanling@jiangip.com

                                                              ***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this __6___th day of January, 2020.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

Notary Public

State of ____IL_____
County of ____Cook_____

2