**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EPIC GAMES, INC.,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:19-cv-07066

Judge Joan H. Lefkow

Magistrate Judge Susan E. Cox

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on January 8, 2019 [51] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
| --- | --- |
| 207 | sunfeifei18906 |
| 127 | ASAKUIREN |
| 248 | zhouzhongxianiv |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: January ___14___, 2020   Respectfully submitted,


            Yi Bu

            Yi Bu (Bar No. 6328713)
            JiangIP LLC
            312-675-6296
            111 West Jackson BLVD STE 1700
            Chicago, IL 60604
            Telephone: 312-675-6296
            Email: ybu@jiangip.com
            ***ATTORNEY FOR PLAINTIFF***


Subscribed and sworn before me by Yi Bu, on this ___14___ th day of January, 2020.

Given under by hand and notarial seal.


MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

Notary Public


State of ___IL___

County of ___Cook___